# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSEPH MICHAEL DEVLIN,

    Plaintiff,

v.

AON RISK INSURANCES SERVICES
WEST, INC., et al,

    Defendant(s).

Case No. 2:22-cv-01145-GMN-NJK

**ORDER**

[Docket No. 9]

Pending before the Court is the parties' proposed discovery plan. Docket No. 9. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Here, however, the parties seek a 240-day discovery period based on a generalized assertion that "the nature of the claims and defenses and the extent of the anticipated discovery" warrant such an extension. Docket No. 9 at 2. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. The instant request makes no specific showing at all and, instead, simply cites generalizations that could be made about all litigation.

Accordingly, the proposed discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by September 26, 2022. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of Defendant's answer or first appearance.

IT IS SO ORDERED.

Dated: September 19, 2022

Nancy J. Koppe
United States Magistrate Judge

1