```
1  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
2  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE: (702) 258-6665
   FACSIMILE: (702) 258-6662
6  jchristensen@bremerwhyte.com
   dweinerman@bremerwhyte.com
7
   Attorneys for Defendant,
8  ALLSTATE INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MICHAEL DEVLIN, an individual, | Case No. 2:22-cv-01145-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| AON RISK INSURANCE SERVICES WEST, INC., a foreign corporation; ALLSTATE INSURANCE COMPANY, a foreign corporation, DOES I-X and ROES XI-XX, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Joseph Michael Devlin by and through his attorneys of record, John C. Courtney, Esq., Sebastian F. Gajardo, Esq. and Andrew P. Dunning, Esq. of LBC Law Group, and Defendant, Allstate Insurance Company by and through its attorneys of record, Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, that all of Plaintiff's claims against Allstate Insurance Company be

///

///

///

1498.204  4895-4503-3784.1

dismissed, with prejudice, the parties to each bear their own fees and costs.

Dated this 19th day of October 2022          Dated this 19th day of October 2022

**LBC LAW GROUP**                                      **BREMER WHYTE BROWN & O'MEARA LLP**

 /s/ Sebastian F. Gajardo                                /s/ Deleela M. Weinerman
John C. Courtney, Esq.                                 Jared G. Christensen, Esq.
Nevada State Bar No. 11092                             Nevada State Bar No. 11538
Sebastian F. Gajardo, Esq.                             Deleela M. Weinerman, Esq.
Nevada State Bar No. 14874                             Nevada State Bar No. 13985
Andrew P. Dunning, Esq.                                *Attorneys for Defendant,*
Nevada State Bar No. 13864                             *Allstate Insurance Company*
*Attorneys for Plaintiff,*
*Joseph Michael Devlin*

# ORDER

**IT IS SO ORDERED**. The Clerk of Court shall close the case and enter judgment accordingly.

Dated this  20  day of October, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:22-cv-01145-GMN-NJK was submitted by:

**BREMER WHYTE BROWN & O'MEARA LLP**

By: /s/ Deleela M. Weinerman, Esq.
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*Allstate Insurance Company*

2

1498.204  4895-4503-3784.1